**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

BRIT F. AUGBORNE, III,

        Plaintiff,

vs.

HDSP, *et al.*,

        Defendants.

2:20-cv-00295-APG-VCF

**ORDER**

Before the Court is the Motion for Exemption from Early Mediation Conference (ECF NO. 10).

Accordingly,

IT IS HEREBY ORDERED the Motion for Exemption from Early Mediation Conference (ECF NO. 10) will be brief in the ordinary course.

IT IS FURTHER ORDERED that Inmate Early Mediation, scheduled for June 25, 2021, is VACATED. The court may reschedule the IEM subject to the decision of the Motion for Exemption from Early Mediation Conference (ECF NO. 10).

DATED this 14th day of June, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE