# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BRIT F. AUGBORNE, III,

        Plaintiff(s),

v.

HDSP, et. al.,

        Defendant(s).

2:20-cv-00295-APG -VCF

**ORDER**

Before the court is defendants' motion for extension of dispositive motion deadline (ECF No. 25).

Accordingly,

IT IS HEREBY ORDERED that defendants' motion for extension of dispositive motion deadline (ECF No. 25) is added to the video hearing scheduled for 11:00 AM, April 27, 2022.

DATED this 11th day of April 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE