# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BRIT F. AUGBORNE, III,

        Plaintiff(s),

v.

HDSP, et. al.,

        Defendant(s).

2:20-cv-00295-ART-VCF

**ORDER**

    Before me is *Brit F. Augborne, III v. HDSP, et al.*, case number 2:20-cv-00295-ART-VCF. A discovery hearing has been set for April 27, 2022, in this matter.

    Accordingly,

    IT IS HEREBY ORDERED that the dispositive motion deadline is VACATED, pending further order of the court.

    DATED this 13th day of April 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1