**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

BRIT AUGBORNE, III,

        Plaintiff(s),

v.

HDSP, et al.,

        Defendant(s).

2:20-cv-00295-ART-VCF

**ORDER**

Before the Court are the motion/request for production of documents, electronically stored information, and tangible things (ECF NO. 21), motion to strike (ECF No. 22), motion to strike (ECF No. 23), and motion to extend time (ECF No. 25).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the motion/request for production of documents, electronically stored information, and tangible things (ECF NO. 21), motion to strike (ECF No. 22), motion to strike (ECF No. 23), and motion to extend time (ECF No. 25), is scheduled for 10:00 AM, September 30, 2022, in Courtroom 3D, Lloyd George Courthouse, United States District Court, 333 Las Vegas Blvd. South, Las Vegas, Nevada, before Judge Cam Ferenbach.

IT IS FURTHER ORDERED that plaintiff Brit Augborne, III must attend the scheduled hearing at 10:00 AM, September 30, 2022.

DATED this 4th day of August 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1